# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

|  |  |
|---|---|
| CML-MO HAF, LLC and RIALTO CAPITAL MANAGEMENT, LLC, | ) ) ) |
| Plaintiffs, | ) Case No. 4:20-cv-00342-BP ) |
| vs. | ) ) |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 27th  day of October  2020,  the parties herein having filed a Stipulation of

Dismissal With Prejudice  pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each

party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date:   November 6, 2020